JOHN J. LULEJIAN (SBN 186783)
Assistant United States Attorney
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-8603
Facsimile: (213) 894-3713

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF(S) v. JAMES LANZO TURNER, IV, et al., DEFENDANT(S). | CASE NUMBER CR 07-1048-VBF NOTICE OF CHANGE OF ATTORNEY INFORMATION |
|---|---|

**The following information must be provided:**

I, _____John J. Lulejian_____ am counsel of record in the above-entitled cause of action for the following party(s) United States of America

_____ and am requesting the following change(s):

CA State Bar ID number ___186783___   ☐ Out of state attorney

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
   ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
   PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
   Attorney Name changed to _____
   New Firm/Government Agency Name _____
   New Address _____
   New Telephone Number _____ New Facsimile Number _____
   New E-mail address (provide only if you are enrolled in the Optical Scanning Program* and receiving court orders by e-mail or an authorized E-Filing attorney) _____

   *To receive orders and judgments by e-mail, complete an Optical Scanning Enrollment form G-76 (available from the court's website at www.cacd.uscourts.gov)*

☑ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
   ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
   ☑ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name John J. Lulejian   CA State Bar Number 186783
Firm/Government Agency Name United States Attorney's Office
Address: 312 North Spring Street, 15th Floor
Telephone Number (213) 894-8603   Facsimile Number (213) 894-3713

| G-6 (07/05) | NOTICE OF CHANGE OF ATTORNEY INFORMATION | Page 1 of 2 |

☐ TO BE REMOVED FROM THE COURT'S SERVICE LIST:
  I understand that this request does not conflict with the Clerk's compliance with the Federal Rules of Civil Procedure 77(d) or Federal Rules of Criminal Procedure 74(c).
CHECK ONE BOX
  ☐ I request to be removed from the court's service list. There is/are attorney(s) from my current law firm/government agency who are currently receiving service in this case.

  ☐ I am the lead attorney and am authorized to file this request on behalf of the aforementioned party(s) and the following attorneys who are from or associated with my firm or government agency. The attorney(s) listed below waive service of the documents on them by the Clerk. There is/are member(s) of the firm/government agency who is/are currently receiving service and will continue to receive service on behalf of the party(s) indicated above.

  _____
  _____
  _____

☐ TO BE REMOVED FROM THE CASE: **
  I am no longer counsel of record in the above-entitled cause of action.
CHECK ONE BOX
  ☐ The order relieving me as counsel of record was filed on: _____.

  ☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

  ☐ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: 12/6/07

Attorney's Signature

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.