# United States Pretrial Services

United States District Court
Central District of California



| George M. Walker | Jill F. McClain |
|---|---|
| Chief U.S. Pretrial Services Officer | Deputy Chief U.S. Pretrial Services Officer |

December 4, 2007

United States District Court
United States Clerk's Office
Edward R. Roybal Federal Building
Room 178
Los Angeles, California 90012

**Re: Release Order Authorization**
**Defendant:** Lynch, LaShawn
**Docket #:** 07CR1048-4

To Whom it May Concern:

On December 4, 2007, the defendant's bond was set by the Honorable Stephen J. Hillman, at a $100,000 Appearance Bond. Special conditions of the bond include: **RELEASE TO PRETRIAL SERVICES ONLY,** for placement in an electronic monitoring program.

Please be advised that the defendant has been found acceptable for placement in an electronic monitoring program.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Rachel Schnayerson
U.S. Pretrial Services Officer
cc:    File                           (213) 894-1342

---

| [✓] HQ & Supervision Unit | [ ] Investigation Unit | [ ] Santa Ana Branch | [ ] Riverside Branch |
|---|---|---|---|
| U.S. Courthouse | Edward R. Roybal Federal Building | Ronald Reagan Federal Building | George E. Brown, Jr. Courthouse |
| 312 North Spring Street, Room 754 | 255 East Temple Street, Room 1178 | 411 West Fourth Street, Room 4070 | 3470 Twelfth Street, Room 161 |
| Los Angeles, CA 90012-4708 | Los Angeles, CA 90012-3326 | Santa Ana, CA 92701-4596 | Riverside, CA 92501 |
| 213-894-4726 / FAX 213-894-0231 | 213-894-5568 / FAX 213-894-8892 | 714-338-4550 / FAX 714-338-4570 | 951-328-4490 / FAX 951-328-4489 |