FILED

2007 DEC -4 AM 10: 07

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. LASHAWN ANDREA LYNCH DEFENDANT(S). | CASE NUMBER CR 07-1048-4 REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest ~~11/29/2007~~ 12/3/07  2:00 pm  ☑ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   21;846:841(a)(1),(b)(1)(B)
3. Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☑ Yes   ☐ No   ☐ Unknown
5. Year of Birth: 1981
6. The defendant is: ☑ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): N/A
8. Date detainer placed on defendant: N/A
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A )
10. Name of Pretrial Services Officer: ___
11. Remarks (if any): ___

12. Date: ~~11/29/2007~~ 12/4/07
13. Signature: _[signature]_
14. Name: SA Elizabeth Farrell
15. Title: Special Agent

---

CR-64 (07/05)                    REPORT COMMENCING CRIMINAL ACTION