```
                                    FILED
                           CLERK, U.S. DISTRICT COURT

                                  DEC  4 2007

                           CENTRAL DISTRICT OF CALIFORNIA
                                              DEPUTY
```

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER: |
| PLAINTIFF | 07-01048-4 |
| v. | |
| LaShawn | DECLARATION RE PASSPORT |
| DEFENDANT. | |

I, _LaShawN Andrea Lynch_ , declare that
(Defendant)

[X] I do not currently possess any passport(s). I will not apply for the issuance of a passport during the pendency of this case.

[ ] I am unable to locate my passport(s). If I locate any passport issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

[ ] My passport is in the possession of federal agents. If my passport is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____ day of _Dec 4_ , 20_07_
at ___Los Angeles___
         (City and state)

_____
Signature of Defendant

CR-37 (01/07)                    DECLARATION RE PASSPORT