*United States Pretrial Services*

United States District Court
Central District of California

George M. Walker
Chief U.S. Pretrial Services Officer



Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer



FILED
CLERK U.S. DISTRICT COURT
DEC 4 2007

December 4, 2007

United States District Court
United States Clerk's Office
Edward R. Roybal Federal Building
Room 178
Los Angeles, California 90012

**Re: Release Order Authorization**
**Defendant:** Lynch, LaShawn
**Docket #:** 07CR1048-4

To Whom it May Concern:

On December 4, 2007, the defendant's bond was set by the Honorable Stephen J. Hillman, at a $100,000 Appearance Bond. Special conditions of the bond include: **RELEASE TO PRETRIAL SERVICES ONLY,** for placement in an electronic monitoring program.

Please be advised that the defendant has been found acceptable for placement in an electronic monitoring program.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

**Rachel Schnayerson**
Digitally signed by Rachel Schnayerson
DN: cn=Rachel Schnayerson, c=US, o=U.S. Pretrial Services, ou=U.S. Pretrial Services Officer, email=Rachel_Schnayerson@cacpt.uscourts.gov
Date: 2007.12.04 15:50:29 -08'00'

Rachel Schnayerson
U.S. Pretrial Services Officer
(213) 894-1342

cc:   File

---

[✓] **HQ & Supervision Unit**
U.S. Courthouse
312 North Spring Street, Room 754
Los Angeles, CA 90012-4708
213-894-4726 / FAX 213-894-0231

[ ] **Investigation Unit**
Edward R. Roybal Federal Building
255 East Temple Street, Room 1178
Los Angeles, CA 90012-3326
213-894-5568 / FAX 213-894-8892

[ ] **Santa Ana Branch**
Ronald Reagan Federal Building
411 West Fourth Street, Room 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570

[ ] **Riverside Branch**
George E. Brown, Jr. Courthouse
3470 Twelfth Street, Room 161
Riverside, CA 92501
951-328-4490 / FAX 951-328-4489