P-**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 07-1048-VBF**                                              Dated: December 12, 2007

==================================================================

**PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE**

| Rita Sanchez | None Present | John Lulejian |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | Not Present |

==================================================================

U.S.A. vs (Dfts listed below)                Attorneys for Defendants

2)   Davild Cole, Jr.                          2)   Edward Robinson, Aptd.
     Not Present-Bond                               Not Present

4)   Lashawn Andrea Lynch                      4)   Alan Eisner, Aptd.
     Not Present-Bond                               Not Present

_____

**PROCEEDINGS (IN CHAMBERS):      ORDER SETTING STATUS CONFERENCE RE: TRIAL**

On the Court's own motion, a hearing on STATUS CONFERENCE RE TRIAL is set for Thursday, December 13, 2007 at 1:30 p.m., before Judge Valerie Baker Fairbank in Courtroom 9, 312 North Spring Street, Los Angeles.

**IT IS SO ORDERED.**

cc:   USPO
      PSALA

MINUTES FORM 6                                                    Initials of Deputy Clerk   RS
CRIM -- GEN