## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:07-CR-01048-VBF         Recorder: CS 12/10/2007         Date: 12/10/2007

Present: The Honorable Rosalyn M. Chapman, U.S. Magistrate Judge

Court Clerk: Terry R. Baker                           Assistant U.S. Attorney: Lamar Baker

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1) JAMES LANZO TURNER IV, aka Blue<br>    FUGITIVE<br>2) DAVID COLE, JR.<br>    PREVIOUSLY ARRAIGNED<br>3) CHARLES LEROY TWYMAN, aka Lee<br>    FUGITIVE<br>4) LASHAWN ANDREA LYNCH<br>    BOND-PRESENT<br>5) MIKE LNU<br>    FUGITIVE | 4) ALAN EISNER<br>    PANEL | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case was previously assigned to the calendar of District Judge Valerie Baker Fairbank.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 01/22/2008 at 8:30 A.M.
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are directed to contact Judge Fairbank's clerk within 1 week of a not guilty plea to schedule a status conference. Guilty pleas will not be taken at the status conference.

00 : 04
Initials of Deputy Clerk: TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney