THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (SBN: 186783)
Assistant United States Attorney
Violent and Organized Crime Section
    United States Courthouse
    312 North Spring Street, 15th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-8603
    Facsimile: (213) 894-3713
    E-mail: John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED 2007 NOV 29 PM 12:35

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES LANZO TURNER, IV, et al.,<br><br>    Defendants. | Case No. CR 07-01048 |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES LEROY TWYMAN, et al.,<br><br>    Defendants. | Case No. CR 07-01049 |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH BERNARD RILEY,<br><br>    Defendant. | Case No. CR 07-01075 |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 07-01141 |
| Plaintiff, | ) | |
| v. | ) | |
| KENNETH BERNARD RILEY, et al., | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No. CR 07-01142 |
| Plaintiff, | ) | |
| v. | ) | |
| CHARLES LEROY TWYMAN, et al., | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No. CR 07-01143 |
| Plaintiff, | ) | |
| v. | ) | **GOVERNMENT'S SUMMARY OF CHARGES AND PENALTIES** |
| CHARLES LEROY TWYMAN, et al., | ) | |
| Defendants. | ) | |

Plaintiff United States of America, by and through its counsel of record, hereby submits the summary of charges and penalties for those defendants who will appear in Court for their initial appearances on November 29, 2007, in the above-captioned cases. The government submits this summary, which is attached as Exhibit A, to assist the Court, the United States Pretrial Services Office, and the defense attorneys.

Dated: November 29, 2007

Respectfully submitted,
THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

_____
JOHN LULEJIAN
Assistant United States Attorney

Attorney for Plaintiff United States of America

# Exhibit A

| DEFENDANT | CASE NO. | CHARGE(S) | PENALTIES |
|---|---|---|---|
| Joseph Carter | CR 07-1141 | **Count One**: Conspiracy to Possess with Intent to Distribute and to Methamphetamine, in violation of 21 U.S.C. § 846<br><br>**Count Three:** Use of a Communication Facility in Committing a Felony Drug Offense, in violation of 21 U.S.C. § 843(b) | **Count One:** maximum term of imprisonment of up to 40 years (5 years mandatory), followed by a term of supervised release of at least 4 years, a fine of up to $2,000,000, and a $100 special penalty assessment<br><br>**Count Three:** maximum term of imprisonment of up to 4 years, followed by a term of supervised release of up to 3 years, a fine of up to $250,000, and a $100 special penalty assessment |

5

| DEFENDANT | CASE NO. | CHARGE(S) | PENALTIES |
|---|---|---|---|
| David Cole, Jr. | CR 07-1048 | **Count One:** Conspiracy to Possess with Intent to Distribute and to Distribute Heroin, in violation of 21 U.S.C. §846<br><br>**Count Two:** Distribution of Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) | **Count One:** maximum term of imprisonment of up to 40 years (5 years mandatory), followed by a term of supervised release of at least 4 years, a fine of up to $2,000,000, and a $100 special penalty assessment<br><br>**Count Two:** maximum term of imprisonment of up to 40 years (5 years mandatory), followed by a term of supervised release of at least 4 years, a fine of up to $2,000,000, and a $100 special penalty assessment |

6

| DEFENDANT | CASE NO. | CHARGE(S) | PENALTIES |
|---|---|---|---|
| Debra Ann Johnson | CR 07-1143 | **Count One**: Conspiracy to Possess with Intent to Distribute and to Cocaine Base, in violation of 21 U.S.C. § 846<br><br>**Count Three:** Use of a Communication Facility in Committing a Felony Drug Offense, in violation of 21 U.S.C. § 843(b) | **Count One:** maximum term of imprisonment of up to 40 years (5 years mandatory), followed by a term of supervised release of at least 4 years, a fine of up to $2,000,000, and a $100 special penalty assessment<br><br>**Count Three:** maximum term of imprisonment of up to 4 years, followed by a term of supervised release of up to 3 years, a fine of up to $250,000, and a $100 special penalty assessment |

| DEFENDANT | CASE NO. | CHARGE(S) | PENALTIES |
|---|---|---|---|
| Kenneth Bernard Riley | CR 07-1049 | **Count One:** Conspiracy to Manufacture, Possess with Intent to Distribute and to Cocaine Base, in violation of 21 U.S.C. § 846<br><br>**Count Two:** Distribution of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(iii) | **Count One:** maximum term of imprisonment of up to life (10 years mandatory), followed by a term of supervised release of at least 5 years, a fine of up to $4,000,000, and a $100 special penalty assessment<br><br>**Count Two:** maximum term of imprisonment of up to life (10 years mandatory), followed by a term of supervised release of at least 5 years, a fine of up to $4,000,000, and a $100 special penalty assessment |
| | CR 07-1141 | **Count One:** Conspiracy to Possess with Intent to Distribute and to Methamphetamine, in violation of 21 U.S.C. § 846<br><br>**Count Two:** Use of a Communication Facility in Committing a Felony Drug Offense, in violation of 21 U.S.C. § 843(b) | **Count One:** maximum term of imprisonment of up to 40 years (5 years mandatory), followed by a term of supervised release of at least 4 years, a fine of up to $2,000,000, and a $100 special penalty assessment<br><br>**Count Two:** maximum term of imprisonment of up to 4 years, followed by a term of supervised release of up to 3 years, a fine of up to $250,000, and a $100 special penalty assessment |

8

| DEFENDANT | CASE NO. | CHARGE(S) | PENALTIES |
|---|---|---|---|
| Gerald Plaze Thomas | CR 07-1142 | **Count One**: Conspiracy to Manufacture, Possess with Intent to Distribute and to Cocaine Base, in violation of 21 U.S.C. § 846<br><br>**Counts Four and Five:** Use of a Communication Facility in Committing a Felony Drug Offense, in violation of 21 U.S.C. § 843(b) | **Count One:** maximum term of imprisonment of up to life (10 years mandatory), followed by a term of supervised release of at least 5 years, a fine of up to $4,000,000, and a $100 special penalty assessment<br><br>**Counts Four and Five:** maximum term of imprisonment of up to 4 years, followed by a term of supervised release of up to 3 years, a fine of up to $250,000, and a $100 special penalty assessment |

| DEFENDANT | CASE NO. | CHARGE(S) | PENALTIES |
|---|---|---|---|
| Anthony Quin Wheeler | CR 07-1142 | **Count One**: Conspiracy to Manufacture, Possess with Intent to Distribute and to Cocaine Base, in violation of 21 U.S.C. § 846<br><br>**Counts Six and Seven:** Use of a Communication Facility in Committing a Felony Drug Offense, in violation of 21 U.S.C. § 843(b) | **Count One:** maximum term of imprisonment of up to life (10 years mandatory), followed by a term of supervised release of at least 5 years, a fine of up to $4,000,000, and a $100 special penalty assessment<br><br>**Counts Six and Seven:** maximum term of imprisonment of up to 4 years, followed by a term of supervised release of up to 3 years, a fine of up to $250,000, and a $100 special penalty assessment |