SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 07-1048-VBF**                                    Dated: December 13, 2007

======================================================================

**PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U. S. DISTRICT JUDGE**

| Rita Sanchez | Bob Killion | John Lulejian |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

======================================================================

U.S.A. vs (Dfts listed below)                Attorneys for Defendants

2)   David Cole, Jr.                            2)   Edward Robinson
     Not present - Custody                          Present - Appointed

4)   Lashawn Andrea Lynch                       4)   Alan Eisner
     Present - Bond                                 Present- Appointed

_____

**PROCEEDINGS:   STATUS CONFERENCE RE TRIAL**

Case called and counsel make their appearance.

Court and counsel confer regarding trial date.  The Court continues the Status Conference Re Trial to January 8, 2008 at 11:00 a.m.  The Defendants are ordered to be present at the status conference.