SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.    **CR 07-1048-VBF**                                              Dated: January 8, 2008

================================================================

**PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U. S. DISTRICT JUDGE**

| Rita Sanchez | Bob Killion | John Lulejian |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

================================================================

| U.S.A. vs (Dfts listed below) | | Attorneys for Defendants |
|---|---|---|
| 2) David Cole, Jr.<br>    Present - Bond | 2) | Edward Robinson<br>Present - Appointed |
| 4) Lashawn Andrea Lynch<br>    Present - Bond | 4) | Alan Eisner<br>Present - Appointed |

_____

**PROCEEDINGS:   STATUS CONFERENCE RE TRIAL**

    Case called and counsel make their appearance.

    Court and counsel confer regarding trial date.  Trial is to be continued to from January 22, 2008 to June/July 2008.  Government to prepare stipulation and proposed order.  The defendants are advised of their speedy trial rights.  The Court sets a Further Status Conference Re Trial for May 12, 2008 at 10:00 a.m.  The Defendants are ordered to be present.

MINUTES FORM 6                                                                      Initials of Deputy Clerk  RS
CRIM -- GEN                                                                                                  :20