UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 07-1048-VBF | |
| Plaintiff, ) | ORDER | |
| ) | REGARDING CJA FUNDING | |
| v. ) | APPLICATIONS AND INTERIM VOUCHERS | |
| Turner IV, et al., ) | | |
| Defendants. ) | | |

IT IS HEREBY ORDERED, that counsel and defendants proceeding pro se seeking funds under subsection (e) of the Criminal Justice Act (18 U.S.C. § 3006A) shall submit (not file) all applications and proposed orders for CJA funds to the CJA Supervising Attorney. By the delegated authority conferred upon the CJA Supervising Attorney in General Orders 97-7 and 00-1, the CJA Supervising Attorney shall act upon all CJA funding applications including those seeking an initial finding of financial eligibility for defendants with retained counsel. The CJA Supervising Attorney's address is 312 N. Spring Street, Room 810, Los Angeles, California 90012-4797.

Requests for expert and other services under the CJA shall be on the Application for Authorization to Obtain CJA Services form and submitted to the CJA Supervising Attorney. After review of submitted applications, the CJA Supervising Attorney shall authorize such

1   services and amounts deemed reasonable and appropriate under the CJA and CJA Guidelines and
2   obtain the approval of the Chief Judge, U.S. Court of Appeals-Ninth Circuit (or Delegate).
3   Applications approved by the Chief Judge, U.S. Court of Appeals-Ninth Circuit (or Delegate)
4   will be provided promptly to the requesting counsel or defendant proceeding pro se.

5        Should the CJA Supervising Attorney make a substantive change to the application, the
6   CJA Supervising Attorney before obtaining approval of the Chief Judge will promptly provide
7   notice to the requesting counsel or defendant proceeding pro se. If the counsel or defendant
8   proceeding pro se disagrees with the action of the CJA Supervising Attorney, counsel or
9   defendant must first consult with the CJA Supervising Attorney. If the matter is not resolved,
10  the counsel or defendant proceeding pro se may file an application for authorization to obtain
11  expert and other services with the presiding judicial officer. The application submitted to the
12  presiding judicial officer must include the Application for Authorization to Obtain CJA Services
13  form submitted to the CJA Supervising Attorney and any documentation the CJA Supervising
14  Attorney returned to the counsel or defendant proceeding pro se.

15       IT IS FURTHER ORDERED that all CJA service providers are authorized to submit
16  interim CJA vouchers for periods of service covering no less than 30 days and claiming more
17  than $500.00. All CJA appointed counsel shall submit monthly interim vouchers by the tenth
18  business day of the following month whenever the total compensation and reimbursable
19  expenses are greater than $500.00.

21  DATED: January 9, 2008

                                                    /s/ Valerie Baker Fairbank
                                                    Valerie Baker Fairbank
22                                                      UNITED STATES DISTRICT JUDGE