# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR 07-01048 |
| v. | |
| LASHAWN ANDREA LYNCH | **WARRANT FOR ARREST** |
| Defendant(s) | **UNDER SEAL** |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest __LASHAWN ANDREA LYNCH__
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):  ☐Complaint  ■Indictment
☐Information    ☐Order of Court    ☐Probation Violation Petition    ☐Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Conspiracy to Possess with Intent to Distribute and to Distribute Heroin**
**Possession with Intent to Distribute and Distribution of Heroin**

in violation of Title **21**: United States Code, Section(s) **846:841(a)(1), (b)(1)(B):**

| Sherri R. Carter | September 26, 2007    LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | |
| **DONNAMARIE LUENGO** | BY:  ROSALYN M. CHAPMAN |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):
ARRESTED WITHIN THE C/CA

DATE RECEIVED                                BY: FBI
                                              NAME OF ARRESTING OFFICER

DATE OF ARREST                               ON: 12/03/07    TITLE

                                              SIGNED: G. Neal
DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO                         SIGNATURE OF ARRESTING OFFICER

**WARRANT FOR ARREST**

CR-12 (07/04)                                                         PAGE 1 OF 2