THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. State Bar No. 186783)
Assistant United States Attorney
SHAWN J. NELSON (Cal. State Bar No. 185149)
Special Assistant United States Attorney
Violent and Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8603/5339
     Facsimile: (213) 894-3713
     E-mail:    John.Lulejian@usdoj.gov
                Shawn.Nelson@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-1048-VBF |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE TRIAL |
| JAMES LANZO TURNER, IV, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant Lashawn Andrea Lynch and her attorney Alan Eisner, hereby respectfully request this Court to continue the trial date in this matter until February 2, 2009. This request is supported by the following reasons:

1.    The parties continue to engage in plea negotiations that may obviate the need for a trial, and thus, need additional time to complete these negotiations.

2.    This case and the related cases are complex and involve seven Court-authorized wiretaps (with an excess of 80,000 intercepted telephone calls), approximately 21 search warrants, over 1,000 pages of discovery, multiple defendants, and multiple witnesses.

3.    The government's supplemental production of discovery is ongoing. Thus, defense counsel needs additional time to review said discovery, and discuss the discovery, possible defenses, and possible motions with Defendant. Further, to date, defendants have not produced any discovery to the government. Should additional discovery be produced, the parties will need time to review said discovery and prepare their pre-trial motions.

4.    At the September 8, 2008, status conference, defendant will acknowledge the knowing, voluntary, and intelligent waiver of her right to a speedy trial through March 1, 2009.

5.    The parties agree, stipulate, and request that the Court find that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment or information must be filed and that the continuance is not based on congestion of the Court's calendar, nor on the lack of diligence on the part of the attorney for the government or the defense, 18 U.S.C.

1 § 3161(h)(8)(C).

2    6.   The parties believe that the ends of justice to be served by granting a continuance of the trial date outweighs the best interests of the public and the defendants in a speedy trial.

   IT IS SO STIPULATED.

9/2/08
DATE

L. Lynch
LASHAWN ANDREA LYNCH
Defendant

9/2/08
DATE

ALAN EISNER
Attorney for Defendant
LASHAWN ANDREA LYNCH

9/3/08
DATE

JOHN J. LULEJIAN
Assistant United States Attorney
SHAWN J. NELSON
Special Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

3