THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (SBN: 186783)
Assistant United States Attorney
Violent and Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8603
    Facsimile: (213) 894-3713
    Email: john.lulejian@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-1048-VBF |
|---|---|
| Plaintiff, | ) Pretrial Conference: 1/12/09 @ 10:30 am |
| v. | ) |
| JAMES LANZO TURNER, IV, et al., | ) ORDER |
| Defendants. | ) |

    This Court having considered the stipulation of the parties hereby GRANTS the parties' request for a continuance of the trial date. Defendant Lashawn Andrea Lynch, has indicated the knowing, voluntary, and intelligent waiver of her right to a speedy trial through March 1, 2009. The parties also have articulated their desire to continue to engage in plea discussions.

    THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(i) that failure to grant such a continuance in the proceeding would be likely to make a continuation of such

proceeding impossible, or result in a miscarriage of justice.

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv), that failure to grant the continuance in this case, which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would deny counsel for the defendants the reasonable time necessary for effective preparation, due to counsels' need for more time to review the evidence and consider possible defenses, taking into account the exercise of due diligence.

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7), that this is a reasonable period of delay in that no previous motion for continuance has been granted, and all defendants have requested more time to prepare for trial, and defendants have either filed or will file waivers of speedy trial in support of this motion.

THIS COURT FINDS, therefore, that pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice will best be served by a continuance, and that they outweigh the best interests of the public and the defendants in a speedy trial.

The parties' motion for continuance is GRANTED. Trial is reset for February 3, 2009 at 8:30 a.m. The time from the filing of the stipulated motion through the new trial date shall be excludable

\\

\\

under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A).

Dated this 8th day of September, 2008.

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

Presented by:

*/s John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney
Violent and Organized Crime Section

3