ALAN EISNER, State Bar #127119
KESTENBAUM EISNER & GORIN LLP
14401 Sylvan Street, Suite 112
Van Nuys, CA 91401
Phone: (818) 781-1570
Fax: (818) 781-5033
Email: ae@keglawyers.com

Attorney for Defendant
LASHAWN ANDREA LYNCH

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. LASHAWN ANDREA LYNCH Defendant. | Case No.: CR 07-1048-VBF<br><br>Ex Parte Application for Order for Probation Department to Prepare Pre-Plea PSR for Defendant Lashawn Andrea Lynch |
|---|---|

Defendant LASHAWN ANDREA LYNCH hereby applies Ex Parte to this court for an Order directing the Probation Department to prepare a Pre-Plea Presentence Report. The grounds for this application are stated in the attached declaration of counsel for defendant, Alan Eisner.

KESTENBAUM EISNER & GORIN LLP

Dated: November 11, 2008                /s/ Alan Eisner

ALAN EISNER
Attorney for Defendant
LASHAWN ANDREA LYNCH

1

DECLARATION OF ALAN EISNER

I, Alan Eisner, declare:

1. I am the attorney for defendant Lashawn Andrea Lynch in the above-entitled action, having been appointed on December 4, 2007;

2. The parties in the case are currently engaged in plea negotiations;

3. Pursuant to Rule 16, the Government has provided me a "RAP" sheet purporting to list defendant's prior convictions and criminal history;

4. The RAP sheet however is unclear as to the specific nature of the convictions previously sustained by the defendant;

6. It is therefore prudent practice for me to have the probation department prepare an analysis of Ms. Lynch's criminal history under the United States Sentencing Guidelines, in advance of finalizing a plea agreement, so that I may competently advise my client of her options in this case.

7. I have contacted Shawn Nelson and John Lulejian, the Assistant United States Attorneys assigned to this case, and notified him of this application and they consent to it. Their address is 1500 U.S. Courthouse, 312 N. Spring Street, Los Angeles, CA 90012; phone (213) 894-5339.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 11, 2008                     /s/ Alan Eisner
                                             Alan Eisner