ALAN EISNER, State Bar #127119
KESTENBAUM EISNER & GORIN LLP
14401 Sylvan Street, Suite 112
Van Nuys, CA 91401
Phone:         (818) 781-1570
Fax:           (818) 781-5033
Email:         ae@keglawyers.com

Attorney for Defendant
LASHAWN ANDREA LYNCH

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> LASHAWN ANDREA LYNCH ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.: CR 07-1048-VBF <br><br> Order for Pre-Plea PSR Report Limited to Criminal History Score and Determination of Defendant Lashawn Andrea Lynch |

GOOD CAUSE APPEARING,

IT IS HERBY ORDERED THAT the Probation Department shall prepare a pre-plea PSR for defendant LASHAWN ANDREA LYNCH for the purpose for providing the Court and the parties with an analysis of defendant's Criminal History status under the United States Sentencing Guidelines.  IT IS FURTHER ORDERED THAT the pre-plea PSR shall be made available to the court and the parties no late than December 12, 2008.

Dated: November 12, 2008

_Valerie Baker Fairbank_

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

cc:  US Probation

1