UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 07-1048-VBF**                                              Dated: January 12, 2009

================================================================
**PRESENT:   HONORABLE VALERIE B. FAIRBANK, UNITED STATES DISTRICT JUDGE**

| Rita Sanchez | None | John Lulejian |
|---|---|---|
| Courtroom Deputy | Court Reporter | Shawn Nelson |
| | | Asst. U.S. Attorney |
| | | Not Present |

================================================================

U.S.A. vs (Dfts listed below)                              Attorneys for Defendants

4)   Lashawn Andrea Lynch                  4)   Alan Eisner
     Not Present - Bond                            Not Present - Appointed

_____

**PROCEEDINGS IN CHAMBERS):   COURT ORDER**

On the Court's own motion, the Final Pretrial Conference set for January 12, 2009 is vacated, as to this defendant only, and, a hearing on Change of Plea is set for Thursday, January 15, 2009 at 3:00 p.m.

**IT IS SO ORDERED.**

MINUTES FORM 6                                                                           Initials of Deputy Clerk  rs
CRIM -- GEN