ALAN EISNER, State Bar #127119
KESTENBAUM EISNER & GORIN LLP
14401 Sylvan Street, Suite 112
Van Nuys, CA 91401
Phone:      (818) 781-1570
Fax:         (818) 781-5033
Email:      ae@keglawyers.com

Attorney for Defendant
LASHAWN ANDREA LYNCH

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LASHAWN ANDREA LYNCH ) <br> ) <br> Defendant. ) <br> ) | Case No.: CR 07-1048-VBF <br><br> [Proposed] Order to Modify Pretrial Release to Delete Home Detention / Electronic Monitoring for Defendant Lashawn Andrea Lynch |

GOOD CAUSE APPEARING,

IT IS HERBY ORDERED THAT the Electronic Monitoring / Home Detention requirement of defendant LASHAWN ANDREA LYNCH's Pretrial release is deleted. All other conditions of pretrial release shall remain the same.

Dated: January ____, 2009                              _____

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

1