PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 07-1048-VBF**                                Dated: January 15, 2009

================================================================================

**PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE**

| Kendra Bradshaw | Lisa Gonzalez | John Lulejian |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

================================================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

4)   Lashawn Andrea Lynch                         4)   Alan Eisner
     Present - On Bond                                  Present - Appointed

PROCEEDINGS:   **CHANGE OF PLEA AND SETTING OF SENTENCING DATE**

Case called, and counsel make their appearance.

Defendant is sworn. Plea agreement is filed January 8, 2009.

Defendant withdraws her previously entered plea of not guilty and enters a plea of Guilty to Count 3 of the Three-Count Indictment.

The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea. The Court finds that the defendant, Lashawn Andrea Lynch, has entered her plea freely and voluntarily with a full understanding of the charges against her and the consequences of her plea. The Court finds that defendant understands her constitutional and statutory rights and wishes to waive them. Accordingly, the plea is accepted and entered.

The Court refers the defendant to the Probation Office for the preparation of a pre-sentence report and continues the matter to **June 8, 2009, at 10:00 am**, for sentencing. **All other dates are hereby vacated as to this defendant only.**

cc:   PSA, USPO

**Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing. The Court construes "objections" to include departure arguments. Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy. Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing. Failure to meet these deadlines is grounds for sanctions.**

| MINUTES FORM 8 | Initials of Deputy Clerk kb |
|---|---|
| CRIM -- COP & SET SENT | :32 |