ALAN EISNER, State Bar #127119
KESTENBAUM EISNER & GORIN LLP
14401 Sylvan Street, Suite 112
Van Nuys, CA 91401
Phone: (818) 781-1570
Fax: (818) 781-5033
Email: ae@keglawyers.com

Attorney for Defendant
LASHAWN LYNCH

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> LASHAWN LYNCH, <br> Defendant. | Case No.: CR 07-01048-VBF <br><br> [PROPOSED] ORDER <br><br> FILED UNDER SEAL |

For good cause shown, IT IS HERBY ORDERED THAT:

The defendant's *ex parte* application for sealed filing is GRANTED. The document sought to be filed under seal and the defendant's *ex parte* application for sealed filing shall both be filed under seal.

Dated: June 5, 2009

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

///
///

1

OR IN THE CASE OF DENIAL:

    The defendant's *ex parte* application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the defendant through counsel, without filing of the documents or reflection of the mane or nature of the documents on the clerk's public docket.

Dated: June ___, 2009

                                            VALERIE BAKER FAIRBANK
                                            UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, ALAN EISNER DECLARE:

THAT I AM A CITIZEN OF THE UNITED STATES AND RESIDENT OR EMPLOYED IN LOS ANGELES COUNTY, CALIFORNIA; THAT I AM OVER THE AGE OF EIGHTEEN YEARS, AND AM NOT A PARTY TO THE ABOVE-ENTITLED ACTION. THAT MY BUSINESS ADDRESS IS THE OFFICE OF KESTENBAUM & EISNER, LLP, ATTORNEY'S AT LAW, 14401 SYLVAN ST., SUITE 112, VAN NUYS, CALIFORNIA 91401. AT WHOSE DISCRETION I SERVED A COPY OF:

**[PROPOSED] ORDER**

**FILED UNDER SEAL**

SERVICE WAS:

[] PLACED IN A CLOSED ENVELOPE FOR COLLECTION & INTEROFFCIE DELIVERY ADDRESSED AS FOLOWS:

[] PLACED IN A SEALED ENVELOPE FOR COLLECTION & MAILING VIA UNITED STATES MAIL, ADDRESSED AS FOLLOWS:

[] BY HAND DELIVERY ADDRESSED AS FOLLOWS:

[] BY FACSIMILE AS FOLLOWS:

[X] BY MESSENGER AS FOLLOWS:

[] BY FEDERAL EXPRESS AS FOLLOWS:

JOHN LULEJIAN, ESQ.
ASSISTANT UNITED STATES ATTORNEY
1500 UNITED STATES COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

ALBERTO GUDINO, UNITED STATES PROBATION
600 UNITED STATES COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

THIS CERTIFICATE IS EXECUTED ON JUNE 3, 2009 AT LOS ANGELES, CALIFORNIA.
I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____
Alan Eisner