```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    JOHN J. LULEJIAN (SBN: 186783)
 4  SHAWN J. NELSON (SBN: 185149)
    Assistant United States Attorneys
 5  Violent and Organized Crime Section
         1500 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-8603/5339
         Facsimile: (213) 894-3713
 8       Email:    john.lulejian@usdoj.gov
                   shawn.nelson@usdoj.gov
 9
    Attorney for Plaintiff
10  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Nos. CR 07-1048-VBF |
| --- | --- |
| Plaintiff, | ) CR 07-1142-VBF<br>) CR 07-1143-VBF<br>) CR 07-1163-VBF |
| v. | ) |
| CHARLES LEROY TWYMAN, | ) [PROPOSED] ORDER |
| Defendant. | ) |

This Court having considered the stipulation of the parties hereby GRANTS the parties' request for a continuance of the trial dates in the above-captioned cases. Defendant Charles Leroy Twyman has indicated the knowing, voluntary, and intelligent waiver of his right to a speedy trial through <u>March 31, 2009</u>. The parties also have articulated their desire to continue to engage in plea discussions.

1     THIS COURT HEREBY FINDS pursuant to Title 18, United States
2 Code, Section 3161(h)(7)(B)(i) that failure to grant such a
3 continuance in the proceeding would be likely to make a
4 continuation of such proceeding impossible, or result in a
5 miscarriage of justice.
6     THIS COURT FURTHER FINDS, pursuant to Title 18, United
7 States Code, Section 3161(h)(7)(B)(iv), that failure to grant the
8 continuance in this case, which, taken as a whole, is not so
9 unusual or so complex as to fall within Title 18, United States
10 Code, Section 3161(h)(7)(B)(ii), would deny counsel for the
11 defendant the reasonable time necessary for effective
12 preparation, due to counsel's need for more time to review the
13 evidence and consider possible defenses, taking into account the
14 exercise of due diligence.
15     THIS COURT FURTHER FINDS, therefore, that pursuant to
16 Title 18, United States Code, Section 3161(h)(7)(A), the ends of
17 justice will best be served by a continuance, and that they
18 outweigh the best interests of the public and the defendant in a
19 speedy trial.
20     ACCORDINGLY, THIS COURT HEREBY ORDERS that the trial date of
21 November 10, 2009, at 8:30 a.m., shall be VACATED and continued
22 until <u>March 2, 2010, at 8:30 a.m.</u>  The status conference
23 scheduled shall be scheduled to occur on <u>February 22, 2010, at</u>
24 <u>11:00 a.m.</u>  The time period from November 10, 2009, through and
25 including <u>March 31, 2010</u>, shall be deemed excludable under
26 \\
27 \\
28

the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A).

IT IS SO FOUND AND ORDERED.


Dated this _____ day of October 2009.



_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

Presented by:


/s John J. Lulejian
JOHN J. LULEJIAN
SHAWN J. NELSON
Assistant United States Attorneys
Violent and Organized Crime Section

3